The Honorable Benjamin H. Settle

1

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                 AT TACOMA

10   FUEL MEDICAL GROUP, LLC, a                 Case No. 3:22-cv-05934-BHS
     Washington limited liability company,
11                                              FUEL MEDICAL GROUP, LLC'S AND
                  Plaintiff,                    SONOVA USA INC.'S STIPULATED
12                                              MOTION TO CONSOLIDATE RELATED
          v.                                    CASES
13
     SONOVA USA INC., a Minnesota               NOTED FOR HEARING:
14   corporation,                               AUGUST 24, 2023

15                Defendant.

16

17                  **I. <u>STIPULATION AND MOTION</u>**

18          Defendant, Sonova USA Inc. ("Sonova"), and Plaintiff, Fuel Medical Group, LLC

19   ("Fuel") (collectively hereinafter the "Parties"), hereby stipulate and jointly move, pursuant to

20   Federal Rule of Civil Procedure 42(a) and Local Rule 42 of the Western District of Washington,

21   to consolidate Case No. 3:23-cv-05544-RJB, *Sonova USA Inc. v. Fuel Medical Group, LLC* with

22   this Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.* In support of

23   their motion, the Parties stipulate that:

24

25

26

SONOVA USA INC. AND FUEL MEDICAL GROUP, LLC'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

128624155v2

1     1.     Both of the referenced actions are between the same Parties.

2     2.     This joint motion is made on the grounds that there are common questions of law

3  and fact in both cases, and consolidation will avoid unnecessary costs and delays.

4     3.     Rule 42(a)(2) permits the Court to consolidate such actions with common questions

5  of law or fact.

6     4.     Pursuant to Local Rule 42(a), this motion is properly before this Court, and a notice

7  of this motion is being filed in Case No. 3:23-cv-05544-RJB.

8     5.     If the motion is granted, the actions will consolidated and continue under the above

9  captioned Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.*

10     WHEREFORE, Sonova and Fuel jointly move this Court to consolidate the pending

11  actions into Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.*

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

FUEL MEDICAL GROUP, LLC'S AND SONOVA USA INC.'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

SO STIPULATED this 24th day of August, 2023.

I certify that this motion contains 214 words, in compliance with Local Civil Rules.

/s/ *Anna Sortun*
Anna Sortun, WSBA No. 48674
Tonkon Torp LLP

Attorneys for Plaintiff Fuel Medical Group LLC

/s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
Lane Conrad, WSBA No. 59287
Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, 98104
Telephone: (206) 624-8300
Email: brian.esler@millernash.com
Email: lane.conrad@millernash.com

Ian H. Fisher, admitted *pro hac vice*
Paul J. Coogan, admitted *pro hac vice*
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Email: ifisher@taftlaw.com
Email: pcoogan@taftlaw.com

Attorneys for Defendant Sonova USA Inc.

## II. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th day of August, 2024.

BENJAMIN H. SETTLE
United States District Judge

FUEL MEDICAL GROUP, LLC'S AND SONOVA USA INC.'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

1

2        CERTIFICATE OF SERVICE

3          I hereby certify that on August 24, 2023, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system which will send notification of such filing to all

5   counsel of record.

6          DATED this 24th day of August, 2023, at Seattle, Washington.

7

8                          *s/ Brian W. Esler*
                       Brian W. Esler

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(Case No. 3:22-cv-05934-BHS)